G:07-cv-802
NAM (GJD)

AO 241   (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Northern | | |
|---|---|---|---|
| Name  Trover Richins | U.S. DISTRICT COURT - N.D. OF N.Y. DOCKET NO. 06-E-5981 | | Case No. |
| Place of Confinement  Great Meadow Correctional Facility | AUG 06 2007 | | |
| Name of Petitioner (include name under which convicted)  Trover Richins | Name of Respondent (authorized person having custody of petitioner) O'CLOCK Lawrence K. Baerman, Clerk - Syracuse  Darwin LaClair, Superintendent | | |
| | V. | | |
| The Attorney General of the State of:  Andrew M. Cuomo, Esquire | | | |

## PETITION

1.  Name and location of court which entered the judgment of conviction under attack    County Court

    County of Albany

2.  Date of judgment of conviction    6th November 2003

3.  Length of sentence    25 years - five (5) Post-Release Supervision

4.  Nature of offense involved (all counts)    2-Counts, Reckless Endangerment 1st Degree; 2-
    Counts, Assault in the 1st Degree

5.  What was your plea?  (Check one)
    (a) Not guilty        ☒
    (b) Guilty            ☐
    (c) Nolo contendere   ☐
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

    N/A

6.  If you pleaded not guilty, what kind of trial did you have?  (Check one)
    (a) Jury        ☒
    (b) Judge only  ☐

7.  Did you testify at the trial?
    Yes  ☒   No  ☐

8.  Did you appeal from the judgment of conviction?
    Yes  ☒   No  ☐

(2)

AO 241   (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court    Appellate Divison of the Supreme Court,3rd Dept.

(b) Result    Affirmed

(c) Date of result and citation, if known    18th May... 2006 [29 AD3d 1170]

(d) Grounds raised    See Exhibit - "1" annexed hereto]

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court    New York State Court of Aopeals

(2) Result    Leave Application denied

(3) Date of result and citation, if known    4th August 2006 [7 NY3d 817]

(4) Grounds raised    Same as Line#9(d)

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court    Appellate Division, Third Department

(2) Result    Motion for Rearqument - Denied

(3) Date of result and citation, if known    12th July 2007

(4) Grounds raised    Unbalanced Jury Instruction - Respondent's witnesses as Interested Witnesses as a matter of law

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes  ☒    No  ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court    To be submitted - not as yet filed

(2) Nature of proceeding    CPL §460.20 Motion - Leave to Appeal

(3) Grounds raised    Sameas Line #(4), ante

(3)

AO 241    (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐    No ☒

(5) Result _____N/A_____

(6) Date of result _____N/A_____

(b) As to any second petition, application or motion give the same information:

   (1) Name of court _____None_____

   (2) Name of proceeding _____N/A_____

   (3) Grounds raised _____N/A_____

   _____

   _____

   _____

   _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☐    No ☐
   (5) Result _____N/A_____

   (6) Date of result _____N/A_____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
   (1) First petition, etc.          Yes ☒    No ☐
   (2) Second petition, etc.         Yes ☒    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

   ____N/A_____

   _____

   _____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
      CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241    (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Violation of Due Process and Sixth Amendment To a Fair Trial

Supporting FACTS (state *briefly* without citing cases or law): THE TRIAL COURT ERRED WHEN IT PER-MITTED THE PROSECUTOR TO REMOVE A PROSPECTIVE FEMALE AFRICAN AMERICAN JUROR IN VIOLATION OF THE RULE IN BATSON -vs- KENTUCKY, AND THEREFORE IS ENTITLED TO A NEW TRIAL.

B. Ground two: Denial of Due Process to a fair Trial

Supporting FACTS (state *briefly* without citing cases or law): THE TRIAL COURT'S SANDOVAL RUL-ING WAS ERROR BECAUSE ITS PREJUDICAL EFFECT ALLOWED THE PROSECUTOR TO PORTRAY APPELLANT AS A DRUG DEALER, AND OUTWEIGHED ANY PROBAT-IVE VALUE IN A CASE THAT HAD NOTHING TO DO WITH DRUGS. FURTHERMORE, THE PROSECUTOR'S ABUSE OF THE COURT'S SANDOVAL RULING AT TRIAL AND HER SUMMATION WAS MISCONDUCT, AND DENIED APPELLANT HIS DUE PROCESS TO A FAIR TRIAL.

AO 241     (Rev. 5/85)

C. Ground three:   Denial of Due Process - Evidence insufficent to sustain
The Conviction

Supporting FACTS (state *briefly* without citing cases or law):     THE EVIDENCE LEADING TO APPELLANT'S
CONVICTION WAS LEGALLY INSUFFICIENT TO PROVE HIS GUILT BEYOND A
REASONABLE DOUBT, AND AGAINST THE WEIGHT OF THE CREDIBLE EVIDENCE.

D. Ground four:   Denial of Sixth and Fourteenth Amendment rights to ef-
fectiveness assistance of trial Counsel

Supporting FACTS (state *briefly* without citing cases or law):     APPELLANT RECEIVED CONSTITUTION-
ALLY DEFICIENT REPRESENTATION UNDER THE STANDARDS ENUMERATED IN
STRICKLAND -vs- WASHINGTON, AND UNDER APPLICABLE STATE CONSTITUT-
IONAL LAW

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state
*briefly* what grounds were not so presented, and give your reasons for not presenting them:     N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes   ☐   No   ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing     None

(b) At arraignment and plea   Mathew Swedick, Esq: 61 Columbia Avenue,
Albany, New York 12207

AO 241    (Rev. 5/85)

(c) At trial __Peter Lynch, Esq: 111 State Street, Albany, New York__
__12207__

(d) At sentencing ___Same as Line (c), ante__

(e) On appeal __Ann C. Sullivan, Esq: 26-F Congress Plaza, Saratoga Springs,__
__New York 12866__

(f) In any post-conviction proceeding __Pro se__

(g) On appeal from any adverse ruling in a post-conviction proceeding __None__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____
__N/A__

(b) Give date and length of the above sentence: __N/A__

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Signature of Attorney (if any)_
s/Trover Richins - Movant

I declare under penalty of perjury that the foregoing is true and correct. Executed on  July 25th, 2007

7-25-07
_Date_

_Signature of Petitioner_
s/Trover Richins - Movant

(7)

# EXHIBITS

"**1**"

# TABLE OF CONTENTS

## VOLUME I OF II

### BRIEF

**Page**

TABLE OF AUTHORITIES..................................................................v

PRELIMINARY STATEMENT.........................................................1

QUESTIONS PRESENTED...............................................................2

STATEMENT OF FACTS................................................................3

    The Prosecution's Case........................................................3
    The Defense Case..............................................................6
    The Proceedings in County Court............................................8

## POINT I

THE TRIAL COURT ERRED WHEN IT PERMITTED THE PROSECUTOR TO REMOVE A PROSPECTIVE FEMALE AFRICAN-AMERICAN JUROR IN VIOLATION OF THE RULE IN *BASTON v KENTUCKY*, AND THEREFORE IS ENTITLED TO A NEW TRIAL
..................................................................................9

## POINT II

THE TRIAL COURT'S *SANDOVAL* RULING WAS ERROR BECAUSE ITS PREJUDICAL EFFECT ALLOWED THE PROSECUTOR TO PORTRAY APPELLANT AS A DRUG DEALER, AND OUTWEIGHED ANY PROBATIVE VALUE IN A CASE THAT HAD NOTHING TO DO WITH DRUGS. FUTHERMORE, THE PROSECUTOR'S ABUSE OF THE COURT'S *SANDOVAL* RULING AT TRIAL AND IN HER SUMMATION WAS MISCONDUCT, AND DENIED APPELLANT HIS DUE PROCESS RIGHT TO A FAIR TRIAL.................................................................17

## POINT III

THE EVIDENCE LEADING TO APPELLANT'S CONVICTION WAS
LEGALLY INSUFFICIENT TO PROVE HIS GUILT BEYOND A
REASONABLE DOUBT, AND AGAINST THE WEIGHT OF THE
CREDIBLE EVIDENCE....................................................................24

## POINT IV

APPELLANT RECEIVED CONSTITUTIONALLY DEFICIENT
REPRESENTATION UNDER THE STANDARDS ENUMERATED IN
*STRICKLAND V. WASHINGTON*, AND UNDER APPLICABLE STATE
CONSTITUTIONAL LAW....................................................................31

## POINT V

THE COURT'S SENTENCE WAS UNDULY HARSH AND
EXCESSIVE, AND MERITS A REDUCTION IN THE INTEREST OF
JUSTICE....................................................................34

## CONCLUSION....................................................................37