**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 09 2007
AT ___ O'CLOCK ___
Lawrence K. Baerman, Clerk - Syracuse

TROVER RICHINS,

    Plaintiff

v.

DARWIN LaCLAIR, Superintendent,

    Defendant(s)

**APPLICATION TO PROCEED WITHOUT FULL PREPAYMENT OF FEES; AFFIDAVIT AND AUTHORIZATION FORM**

9:07-cv-802

CASE NUMBER:

I, Trover Richins, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint / petition / motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☑ Yes      ☐ No    (If "No" go to Part 2)

If "Yes" state the place of your incarceration: __Great Meadow Correctional Facility__

Are you employed at the institution?    ☑ Yes      ☐ No

Do you receive any payment from same?    ☑ Yes:      ☐ No

**Notice to Inmates:**    **The Certificate portion of this affidavit must be completed.**

2. Are you currently employed?:    ☑ Yes      ☐ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self employment    ☐ Yes      ☑ No

    b. Rent payments, interest or dividends    ☐ Yes      ☑ No

    c. Pensions, annuities or life insurance payments    ☐ Yes      ☑ No

d. Disability or workers compensation payments    ☐ Yes    ☑ No

e. Gifts or inheritances    ☐ Yes    ☑ No

f. Any other sources    ☑ Yes    ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.    State Pay

4. Do you have any cash, checking or savings accounts? ☑ Yes    ☑ No
   (See attachments For Inmates Account)
   If "Yes" state the total amount. __See attachments__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or **any other assets?**    ☐ Yes    ☑ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__7-23-07__    __[signature]__
DATE    SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $ __8.61__ on account to his/her credit at (name of institution) __Great Meadow__
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that **during the past six months** the applicant's average balance was $ __28.08__.

__3/10/7__    __[signature]__
DATE    SIGNATURE OF AUTHORIZED OFFICER

FORM F. 2